

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00152-CR

**MICHAEL SCOTT CHASTAIN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 220th District Court**
**Bosque County, Texas**
**Trial Court No. CR15457**

## O R D E R

Appellant's brief was originally due on or before October 18, 2018. When no brief was filed on that date, the Court notified appellant by letter dated October 25, 2018 that the brief was late and that, unless a brief or satisfactory response was received within fourteen days, the Court would abate the appeal and order the trial court to immediately conduct a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). *See* TEX. R. APP. P. 38.8(b)(2), (3). No brief was filed, but on November 27, 2018, appellant filed a motion for extension of time to file her brief.

Before we ruled on appellant's motion, the trial court *sua sponte* held a hearing regarding appellant's failure to timely file a brief. Appellant's attorney told the trial court that appellant's brief would be filed on November 30, 2018. The trial court directed that a copy of the reporter's record from that proceeding be filed with this Court. Appellant's brief was not filed on November 30, 2018.

We thereafter granted appellant's motion for extension of time and directed that appellant's brief be filed no later than January 3, 2019. Appellant was also warned that no further extensions would be entertained absent extraordinary circumstances. Appellant has now filed an additional motion to extend time to file appellant's brief until January 13, 2019.

An extension of time until January 13, 2019 would be a total of 147 days to file the brief. The Rules of Appellate Procedure establish the norm that a brief should be filed in 30 days. *Id.* at 38.6(a). Accordingly, appellant's motion for an extension of time to file appellant's brief is only partially granted. Appellant's brief is due no later than January 11, 2019. If appellant's brief is not filed by January 11, 2019, we will abate this appeal and order the trial court to immediately conduct a hearing pursuant to Rule 38.8(b)(2) & (3). *Id*.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed January 2, 2019

